UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61859-CIV-HURLEY/HOPKINS

CAVELL BURKE, et al.,

    Plaintiffs,

v.

WEST CITY PARTNERS, INC., et al.,

    Defendants.

_____/

### ORDER OF CLOSE OUT

On April 14, 2008, plaintiffs filed a notice of voluntary dismissal without prejudice as to all defendants except The Galleria Collection, Inc. [DE # 31]. On April 15, 2008, plaintiffs filed a notice of voluntary dismissal without prejudice as to defendant The Galleria Collection, Inc. [DE # 32]. Because an answer has been filed, leave of the court is required to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2). Noting that no counterclaim is asserted in the answer, the court will grant the plaintiffs' request to dismiss the action without prejudice in its entirety.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk of the Court shall enter the case as **CLOSED**.

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts

Order of Close Out
Burke et al. v. West City Partners, Inc. et al.
Case No. 07-61859-CIV-HURLEY/HOPKINS

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this __17__ day of April, 2008.

                                                  Daniel T. K. Hurley
                                                  United States District Judge

*Copies provided to counsel of record*